■ ROBERT K. MONETTE et al., Respondents, v CHRISTINA L. TRUMMER et al., Appellants, et al., Defendants. (Appeal No. 1.) [946 NYS2d 529]—Appeal from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered December 13, 2010 in a personal injury action. The order granted that part of the motion of plaintiffs for partial summary judgment on the issue of serious injury.

It is hereby ordered that said appeal is unanimously dismissed without costs. (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Smith, J.P., Carni, Lindley and Sconiers, JJ.